UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:10-CR-82 RM |
| ) | |
| JEFFREY CARPENTER (01) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 21, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 32], ACCEPTS defendant Jeffrey Carpenter's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   November 9, 2010


                             /s/ Robert L. Miller, Jr.
                            Judge, United States District Court
                            Northern District of Indiana